

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2

3  HALLIE HOFFMAN (DCBN 210020)
   Chief, Criminal Division

4  ROBERT S. LEACH (CABN 196191)
   Assistant United States Attorney

5

6  1301 Clay Street, Suite 340S
   Oakland, California 94612

7  Telephone: (510) 637-3918
   Fax: (510) 637-3724
   robert.leach@usdoj.gov

8

9  Attorneys for United States of America

**FILED**

AUG 26 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA    CR-19-392-JSW

12                    OAKLAND DIVISION     4-19-70997-MAG

13  UNITED STATES OF AMERICA,           )   No. ~~19-70999-DMR~~
                                        )
14        Plaintiff,                    )   UNITED STATES' APPLICATION AND
                                        )   [PROPOSED] ORDER TO UNSEAL COMPLAINT
15     v.                               )   AND ARREST WARRANT
                                        )
16  MATTHEW JAMAIL SEWELL,              )
                                        )
17        Defendans.                    )
                                        )
18  _____)

19       The United States respectfully applies for an order that the complaint and arrest warrant in this

20  matter be unsealed.  The defendant was arrested in the District of Colorado and the complaint and arrest

21  warrant have been publicly filed in proceedings in that district.  Accordingly, there is good cause to

22  unseal these documents here.

23  Dated: August 23, 2019              Respectfully submitted,

24                                      DAVID L. ANDERSON
                                        United States Attorney
25
                                        _____
26                                      ROBERT S. LEACH
                                        Assistant United States Attorney
27

28

APPLIC. AND [PROPOSED] SEALING ORDER     1

**[PROPOSED] SEALING ORDER**

On application of the United States, and good cause appearing, the Court HEREBY ORDERS that the complaint and arrest warrant in this matter shall be unsealed.

IT IS SO ORDERED.

Dated: Aug. 26, 2019

_____
THE HONORABLE DONNA M. RYU
United States Magistrate Judge