# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW JAMAIL SEWELL,<br><br>Defendant. | Case No. 19-cr-00392-JSW-1<br><br>**ORDER TO SHOW CAUSE** |

Counsel Colin Cooper is HEREBY ORDERED TO SHOW CAUSE why the Court should not sanction him in the amount of $250 for failing to request this Court's permission to allow alternate counsel to appear in his place. Mr. Cooper's response is due no later than December 19, 2019 at 9 a.m.

**IT IS SO ORDERED.**

Dated: December 17, 2019

_____
JEFFREY S. WHITE
United States District Judge