UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MATTHEW JAMAIL SEWELL,<br>Defendant. | Case No. 19-cr-00392-JSW-1<br><br>**ORDER TO SHOW CAUSE** |

The above captioned case is currently scheduled for a status conference on March 31, 2020. The parties are HEREBY ORDERED TO SHOW CAUSE why the Court should not continue this matter to May 5, 2020, or later, for the reasons articulated in General Order 72 regarding the COVID-19 outbreak. For those same reasons, the parties are further HEREBY ORDERED TO SHOW CAUSE why the Court should not specifically find that due to the effect of the public health recommendations described in General Order 72 on the availability of counsel and court staff to be present in the courtroom, the ends of justice served by ordering the continuance outweigh the interest of the public and the defendant's right to a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

The parties' responses to this Order to Show Cause shall be due by 1:00 p.m. on Monday, March 23, 2020, and the Court urges the parties to submit a joint response. If the parties can agree to continue the matter, a stipulation will suffice as a response.

**IT IS SO ORDERED.**

Dated: March 19, 2020

JEFFREY S. WHITE
United States District Judge