DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 19-392 JSW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| v. | ) CONFERENCE AND [PROPOSED] ORDER |
| MATTHEW JAMAIL SEWELL, | ) |
| Defendant. | ) |

**STIPULATION**

WHEREAS, on April 30, 2020, the Court issued an Order Regarding Status Set for May 12, 2020 and Requiring Joint Status Report ("Order"), which directed the parties to advise the Court whether they intend to continue the matter and, if so, to submit a stipulation and proposed order with a new date and time;

WHEREAS, the parties have conferred and believe it would be appropriate to continue the May 12, 2020, status conference to June 16, 2020, at 1 p.m.;

WHEREAS, the parties agree that the time between May 12, 2020, and June 16, 2020, should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B), and that the

1  ends of justice are served by granting an extension of time and that an exclusion of time outweighs the
2  best interests of the public and the defendant in a speedy trial, *see* 18 U.S.C. § 3161(h)(7)(A);
3      THEREFORE, the parties stipulate and agree, and respectfully request that the Court order, that
4  the status conference, currently scheduled for May 12, 2020, be continued to June 16, 2020, at 1 p.m.
5  The parties further stipulate and agree, and respectfully request that the Court order, that the time from
6  May 12, 2020, to June 16, 2020, will allow for the effective preparation of counsel, *see* 18 U.S.C.
7  § 3161(h)(7)(B)(iv), and that the ends of justice served by excluding the time from May 12, 2020, to
8  June 16, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public
9  and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).  The parties stipulate and agree
10 the Court shall enter the proposed order below.
11      IT IS SO STIPULATED.
12 DATED: May 5, 2020                          DAVID L. ANDERSON
                                               United States Attorney
13
                                               /s/
14                                             _____
                                               ROBERT S. LEACH
15                                             Assistant United States Attorney

16 DATED: May 5, 2020                          COOPER, COOPER & MORRIS
17                                             /s/
                                               _____
18                                             COLIN L. COOPER
                                               Attorney for Defendant Matthew Sewell
19

20                              [PROPOSED] ORDER

21      Based upon the facts set forth in the stipulation of the parties and the representations made to the
22 Court, and for good cause shown, the Court orders that the status conference, currently scheduled for
23 May 12, 2020, be continued to June 16, 2020, at 1 p.m.  The Court finds that failing to exclude the time
24 from May 12, 2020, to June 16, 2020, would unreasonably deny defense counsel and the defendant the
25 reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
26 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the
27 time from May 12, 2020, to June 16, 2020, from computation under the Speedy Trial Act outweigh the
28 best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the

1  parties, IT IS HEREBY ORDERED that the time from May 12, 2020, to June 16, 2020, shall be

2  excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

3      IT IS SO ORDERED.

4  DATED: May 5, 2020          _____/s/ Jeffrey S. White_____

                                         THE HONORABLE JEFFREY S. WHITE

5                                           United States District Judge