UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: 5-19-20                                    Time in Court: 8 minutes

Judge: Jeffrey S. White

Case No.: CR-19-00392 JSW
United States of America   v. Matthew Jamail Sewell
                           Defendant
                           Present ( ) Not Present ( X ) In-Custody ( X )

| Robert Leach | Colin Cooper |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini            Court Reporter: unreported

## PROCEEDINGS

REASON FOR HEARING:   Unreported Telephonic Conference

RESULT OF HEARING:   Unreported teleconference held.

Counsel shall submit stipulation/proposed order to vacate the Status Conference and set the matter for Change of Plea/Sentencing by 5-26-20.