DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 19-392 JSW |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND [PROPOSED] ORDER |
| v. | |
| MATTHEW JAMAIL SEWELL, | |
| Defendant. | |

## **STIPULATION**

    WHEREAS, on May 19, 2020, following a telephonic status conference, the Court issued a minute order directing the parties to submit a stipulation and proposed order vacating the June 16, 2020 status conference and setting the matter for a change of plea hearing;

    WHEREAS, the parties have conferred and respectfully request the Court vacate the June 16, 2020, status conference and set a change of plea hearing for June 23, 2020, or the next convenient date for the Court;

    WHEREAS, the parties agree that the time between June 16, 2020, and June 23, 2020, should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B), and that the

1  ends of justice are served by granting an extension of time and that an exclusion of time outweighs the

2  best interests of the public and the defendant in a speedy trial, *see* 18 U.S.C. § 3161(h)(7)(A);

3  THEREFORE, the parties stipulate and agree the Court shall enter the proposed order below.

4  IT IS SO STIPULATED.

5  DATED: May 25, 2020                           DAVID L. ANDERSON
                                                 United States Attorney
6
                                                     /s/
7                                                _____
                                                 ROBERT S. LEACH
8                                                Assistant United States Attorney

9  DATED: May 25, 2020                           COOPER, COOPER & MORRIS

10                                                   /s/
                                                 _____
11                                               COLIN L. COOPER
                                                 Attorney for Defendant Matthew Sewell
12
                            **[PROPOSED] ORDER**
13
         Based upon the facts set forth in the stipulation of the parties and the representations made to the

14 Court, and for good cause shown, the Court orders that the status conference, currently scheduled for

15 June 16, 2020, at 1 p.m., is VACATED.  The Court schedules a change of plea hearing for June 23,

16 2020, at 1 p.m.  The Court finds that failing to exclude the time from June 16, 2020, to June 23, 2020,

17 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective

18 preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The

19 Court further finds that the ends of justice served by excluding the time from June 16, 2020, to June 23,

20 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the

21 defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED

22 that the time from June 16, 2020, to June 23, 2020, shall be excluded from computation under the

23 Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

24         IT IS SO ORDERED.

25 DATED: _____         _____
26                                               THE HONORABLE JEFFREY S. WHITE
                                                 United States District Judge
27

28

STIPULATION AND [PROPOSED] ORDER
CASE NO. CR 19-392 JSW